SUPERNUS PHARMACEUTICALS, INC., Plaintiff-Appellee

v.

ACTAVIS INC., Watson Laboratories, Inc.—Florida, NKA Actavis Laboratories Fl, Inc., Actavis Pharma, Inc., Watson Laboratories, Inc., Anda, Inc., Defendants-Appellants

2016-1619

United States Court of Appeals, Federal Circuit.

December 12, 2016

NICHOLAS F. GIOVE, Frommer Lawrence & Haug LLP, New York, NY, argued for plaintiff-appellee. Also represented by EDGAR HAUG, KEVIN GEORGEK, JONATHAN HER-

STOFF, ANDREW SCOTT ROPER; DAMON MAR- CUS LEWIS, Washington, DC; WILLIAM CHARLES BATON, CHARLES M. LIZZA, Saul Ewing, LLP, Newark NJ.

CHARLES A. WEISS, Holland & Knight, LLP, New York, NY, argued for defendants-appellants. Also represented by NICHOLAS P. CHIARA, LESLIE JILL KUSHNER, HOWARD S. SUH, ERIC H. YECIES.

(Dyk, Clevenger, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**